B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Schmitz, Daniel J** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Schmitz, Tricia L** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2823** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8711** |
| Street Address of Debtor (No. and Street, City, and State):<br>**314 Tulip Circle**<br>**Island Lake, IL**<br>ZIP Code **60042** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**314 Tulip Circle**<br>**Island Lake, IL**<br>ZIP Code **60042** |
| County of Residence or of the Principal Place of Business:<br>**McHenry** | County of Residence or of the Principal Place of Business:<br>**McHenry** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."　　■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ■<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Schmitz, Daniel J**<br>**Schmitz, Tricia L** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** **/s/ James M. Allen**                    **February 18, 2013**<br>   Signature of Attorney for Debtor(s)                    (Date)<br>   **James M. Allen 6182652** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                           Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Schmitz, Daniel J**<br>**Schmitz, Tricia L** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Daniel J Schmitz**
_____
Signature of Debtor  **Daniel J Schmitz**

X  **/s/ Tricia L Schmitz**
_____
Signature of Joint Debtor **Tricia L Schmitz**

_____
Telephone Number (If not represented by attorney)

**February 18, 2013**
_____
Date

### Signature of Attorney*

X  **/s/ James M. Allen**
_____
Signature of Attorney for Debtor(s)

**James M. Allen 6182652**
_____
Printed Name of Attorney for Debtor(s)

**James M. Allen**
_____
Firm Name
  **800 East Northwest Highway**
  **Suite 700**
  **Palatine, IL 60074**

_____
Address

     **Email: JamesAttyAllen@sbcglobal.net**
  **847-359-4446  Fax: 847-359-6802**
_____
Telephone Number

**February 18, 2013**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    <u>Daniel J Schmitz</u>
        <u>Tricia L Schmitz</u>                           Case No.                      
                                          Debtor(s)       Chapter    <u>7</u>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Daniel J Schmitz**
                           **Daniel J Schmitz**

Date:    **February 18, 2013**

Certificate Number: 03088-ILN-CC-020071633



03088-ILN-CC-020071633

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 16, 2013, at 9:43 o'clock PM CST, Daniel J Schmitz
received from Debt Education and Certification Foundation, an agency approved
pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District
of Illinois, an individual [or group] briefing that complied with the provisions of
11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a
copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date:   January 16, 2013                    By:   /s/Brad Shedden

                                            Name:   Brad Shedden

                                            Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Daniel J Schmitz**
       **Tricia L Schmitz**                          Case No. _____

                                 Debtor(s)       Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                     Page 2

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Tricia L Schmitz**
**Tricia L Schmitz**

Date:   **February 18, 2013**

Certificate Number: 03088-ILN-CC-020071634



03088-ILN-CC-020071634

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 16, 2013</u>, at <u>9:43</u> o'clock <u>PM CST</u>, <u>Tricia L Schmitz</u>
received from <u>Debt Education and Certification Foundation</u>, an agency approved
pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District
of Illinois</u>, an individual [or group] briefing that complied with the provisions of
11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a
copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet and telephone</u>.

Date:   <u>January 16, 2013</u>        By:    <u>/s/Brad Shedden</u>

                                     Name:  <u>Brad Shedden</u>

                                     Title: <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Daniel J Schmitz,**
      **Tricia L Schmitz**                            ,       Case No. _____

                         Debtors       Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 379,000.00 | | |
| B - Personal Property | Yes | 3 | 515,460.20 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 5,464,617.15 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 118,913.44 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 854,072.42 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,372.53 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,297.00 |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 894,460.20 | | |
| Total Liabilities | | | | 6,437,603.01 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Daniel J Schmitz,**                                           Case No. _____
         **Tricia L Schmitz**

                                                          ,
                                         Debtors          Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re     **Daniel J Schmitz,**                            Case No. _____
        **Tricia L Schmitz**

_____,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **314 Tulip Circle, Island Lake, IL 60042** | | **J** | **269,000.00** | **2,116,825.15** |
| **607 S. Park Boulevard, Streamwood, IL 60107** | | **J** | **110,000.00** | **1,757,792.00** |

| | | |
|---|---|---|
| Sub-Total > | **379,000.00** | (Total of this page) |
| Total > | **379,000.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Daniel J Schmitz,**                                                    Case No. _____
         **Tricia L Schmitz**
                                                                    ,
                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account with Bank of America | J | 493.20 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Dining room set, living room set, master bedroom furniture, four children furniture sets, patio furniture & grill; 2 TVS, computer, office furniture | J | 1,800.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Family assorted clothing | J | 250.00 |
| 7. | Furs and jewelry. | | Woman's and men's jewelry | J | 600.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Minnesota Life insurance variable policy for $500,000.00 with a loan of 6,324.86, loan interest $307.41; policy's net death benefit $493,367.00 as of September 2012 | H | 493,367.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          496,510.20
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Daniel J Schmitz,**                                                    Case No. _____
       **Tricia L Schmitz**

_____,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                    **0.00**
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Daniel J Schmitz,**                                            Case No. _____
    **Tricia L Schmitz**

_____,
                     Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 chevy Tahoe** | J | 8,600.00 |
| | | **1997 Jeep Wrangler (rebuilt) with a salvage title with 109,000.00** | J | 1,000.00 |
| 26. Boats, motors, and accessories. | | **1995 Chaparral  Model 2335 SS** | J | 7,100.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Small tools: snap on toolbox; assorted air tools; assorted hand wrenches; assorted sockets; screwdrivers; compressor; dydraulics; clamps; assorted pliers.** | H | 2,250.00 |

Sub-Total >       18,950.00
(Total of this page)
Total >      515,460.20

Sheet   __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                            Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re      **Daniel J Schmitz,**                                                    Case No. _____
           **Tricia L Schmitz**

                                                        ,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                            *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **314 Tulip Circle, Island Lake, IL 60042** | **735 ILCS 5/12-901** | 0.00 | 269,000.00 |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account with Bank of America** | **735 ILCS 5/12-1001(b)** | 493.20 | 493.20 |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Dining room set, living room set, master bedroom furniture, four children furniture sets, patio furniture & grill; 2 TVS, computer, office furniture** | **735 ILCS 5/12-1001(b)** | 1,800.00 | 1,800.00 |
| | | | |
| **Wearing Apparel** | | | |
| **Family assorted clothing** | **735 ILCS 5/12-1001(a)** | 250.00 | 250.00 |
| | | | |
| **Furs and Jewelry** | | | |
| **Woman's and men's jewelry** | **735 ILCS 5/12-1001(b)** | 600.00 | 600.00 |
| | | | |
| **Interests in Insurance Policies** | | | |
| **Minnesota Life insurance variable policy for $500,000.00 with a loan of 6,324.86, loan interest $307.41; policy's net death benefit $493,367.00 as of September 2012** | **215 ILCS 5/238** | 493,367.00 | 493,367.00 |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2005 chevy Tahoe** | **735 ILCS 5/12-1001(c)** | 4,800.00 | 8,600.00 |
| | **735 ILCS 5/12-1001(b)** | 3,800.00 | |
| | | | |
| **1997 Jeep Wrangler (rebuilt) with a salvage title with 109,000.00** | **735 ILCS 5/12-1001(b)** | 1,000.00 | 1,000.00 |
| | | | |
| **Boats, Motors and Accessories** | | | |
| **1995 Chaparral  Model 2335 SS** | **625 ILCS 45/3A-7(d)** | 7,100.00 | 7,100.00 |
| | | | |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Small tools: snap on toolbox; assorted air tools; assorted hand wrenches; assorted sockets; screwdrivers; compressor; dydraulics; clamps; assorted pliers.** | **735 ILCS 5/12-1001(d)** | 2,250.00 | 2,250.00 |

|  | Total: | 515,460.20 | 784,460.20 |
|---|---|---|---|

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    **Daniel J Schmitz,**                                                                           Case No. _____
    **Tricia L Schmitz**

_____,
                            Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx6550** | | | 11-2-2005 | | | | | |
| **Bank of America in c/o Fisher & Shapiro 4201 Lake Cook Rd Northbrook, IL 60062** | | J | first mortgage<br>607 S. Park Boulevard, Streamwood, IL 60107 | | | | | |
| | | | Value $                110,000.00 | | | | 167,792.00 | 57,792.00 |
| Account No. **xxxxxxxx4756** | | | 5/1/06 | | | | | |
| **Chase 1 Chase Sq. Rochester, NY 14643** | | J | second mortgage<br>314 Tulip Circle, Island Lake, IL 60042 | | | | | |
| | | | Value $                269,000.00 | | | | 109,341.00 | 109,341.00 |
| Account No. **xxxxxxxxx3270** | | | 5-2006 | | | | | |
| **Chase Bank PO Box 24696 Columbus, OH 43224** | | J | first mortgage<br>314 Tulip Circle, Island Lake, IL 60042 | | | | | |
| | | | Value $                269,000.00 | | | | 399,816.00 | 130,816.00 |
| Account No. **xxxx0369** | | | 2007 | | | | | |
| **Excel National Bank in c/o Heavner, Scott, eyers, & Mih 111 E. Main St. #200 Decatur, IL 62525** | | J | commercial loan on sold property<br>Commercial property SBA loan for auto collision commercial property  already sold .property 871 East Palatine Rd. Wheeling Illinois 60090 | | | | | |
| | | | Value $                586,000.00 | | | | 1,590,000.00 | 1,004,000.00 |

__1__ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 2,266,949.00 | 1,301,949.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Daniel J Schmitz,**
    **Tricia L Schmitz**

Case No. _____

_____,
                     Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxx0369**<br><br>**Excel National Bank**<br>**in c/o Heavner, Scott, Beyers, Miha**<br>**111 E. Man St. Suite 200**<br>**Decatur, IL 62525** | | | | J | **11-2-2005**<br><br>**additional secure interest for commercal property investment**<br><br>**607 S. Park Boulevard, Streamwood, IL 60107. A cross collaterol of rental property for SBA commercial loan** | | | | | |
| | | | | | Value $       **110,000.00** | | | | **1,590,000.00** | **1,590,000.00** |
| Account No. **xxxx0369**<br><br>**Excel National Bank**<br>**in c/o Heavhar, Scott, Eyer, Ltd.**<br>**111 E. Main St #200**<br>**Decatur, IL 62525** | | | | J | **2007**<br><br>**commercial loan SBA cross collaterol against home**<br><br>**314 Tulip Circle, Island Lake, IL 60042** | | | | | |
| | | | | | Value $       **269,000.00** | | | | **1,590,000.00** | **1,590,000.00** |
| Account No. **xx-xxx0747**<br><br>**Illinois Department of Revenue**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** | | | | J | **2-28-10 thru 6-30-2010**<br><br>**ST-1 Sales and Use Taxes lien against home**<br><br>**314 Tulip Circle, Island Lake, IL 60042 A tax lien against property** | | | | | |
| | | | | | Value $       **269,000.00** | | | | **17,668.15** | **17,668.15** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **3,197,668.15** | **3,197,668.15** |
| Total<br>(Report on Summary of Schedules) | **5,464,617.15** | **4,499,617.15** |

B6E (Official Form 6E) (4/10)

.

In re   **Daniel J Schmitz,**                                           Case No. _____
        **Tricia L Schmitz**
                                                                    ,
_____
                          Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re  **Daniel J Schmitz,**
       **Tricia L Schmitz**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. — **Cook of County/Department of Reven in c/o Linebarger Googgan Blair 233 S. Wacker Dr. Suite 4030 Chicago, IL 60606** | | J | debt | | | | 484.97 | 484.97 | 0.00 |
| Account No. **xxx-xx-2823** — **Department of Revenue Internal Services Ogden, UT 84201-0010** | | J | June 30, 2010 — CVL PEN | | | | 4,127.82 | 0.00 | 4,127.82 |
| Account No. **xxx-xx-2823** — **Department of the Treasury Internal Revenue Serv Ogden, UT 84210-0010** | | J | September 30, 2010 — CVL PEN | | | | 4,792.31 | 0.00 | 4,792.31 |
| Account No. **xxx-xx-2823** — **Department of the Treasury Internal Revenue Service Wheeling, IL 60090** | X | J | March 2010, June 2010 Sept. 2010 and December 2010 and March 2011 — 941 unpaid tax liability for Riverbend Group, Inc. 817 E. Palatine Rd., Wheeling, IL 60090 | | | | 15,417.21 | 0.00 | 15,417.21 |
| Account No. **xxx-xx-2823** — **Department of Treasury Internal Revenue Service Ogden, UT 84201-0010** | | J | March 31, 2010 — CVL PEN | | | | 3,237.64 | 0.00 | 3,237.64 |

Sheet _1_ of _3_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal — 484.97
(Total of this page) — 28,059.95 | 27,574.98

B6E (Official Form 6E) (4/10) - Cont.

In re **Daniel J Schmitz,**
    **Tricia L Schmitz**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-2823** <br><br>**Department of Treasury Internal Revenue Serv Detroit, MI 48210-0010** | | J | December 31, 2010 <br><br>CVL PEN | | | | 3,022.91 | 0.00 | 3,022.91 |
| Account No. **xxx-xx-2823** <br><br>**Department of Treasury Internal Revenue Ogden, UT 84210-0010** | | J | Marcn 31, 2011 <br><br>CVL PENN | | | | 236.53 | 0.00 | 236.53 |
| Account No. **xxxx205-2** <br><br>**IDES 260 E Indian Trail Rd Aurora, IL 60505-1733** | X | J | 3-31-2010 thru 9-30-2011 <br><br>unpaid quaterly state tax contribution | | | | 4,773.78 | 4,769.78 | 4.00 |
| Account No. **xxxxxx7344** <br><br>**IDES in c/o Collectiosn Section 33 S. State St., 10th Floor Wheeling, IL 60090** | X | J | 2nd and3rd quarter of 2010 <br><br>unpaid IL Unemployment taxes | | | | 1,324.96 | 0.00 | 1,324.96 |
| Account No. **xxxx205-2** <br><br>**IDES in c/o Account Analysis 33 S. State St. 10th fl Chicago, IL 60603** | X | J | 1 quaterly of 2010 <br><br>unpaid contributions | | | | 3,420.58 | 0.00 | 3,420.58 |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 4,769.78
(Total of this page) | 12,778.76 | 8,008.98

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re  **Daniel J Schmitz,**
     **Tricia L Schmitz**

Case No. _____

                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx0747** <br><br> **IL Department of Revenue** <br> **PO Box 19035** <br> **Springfield, IL 62794-9035** | X | J | 1-31-2010 thru 3-31-2011 <br><br> **ST-1 sales and use taxes** | | | | <br><br><br><br>43,570.24 | 43,570.24 <br><br> 0.00 |
| Account No. **xxxxx6833** <br><br> **Illinois Department of Revenue** <br> **PO Box 19006** <br> **Springfield, IL 62794-9006** | | J | 12-31-2010 <br><br> **IL Individual Income Tax** | | | | <br><br><br><br>2,578.92 | 102.87 <br><br> 2,476.05 |
| Account No. **xx-xxx4150** <br><br> **Illinois Department of Revenue** <br> **9511 Harrison St.** <br> **Des Plaines, IL 60016-1523** | X | J | 6-30-2009 thru 2-28-2011 <br><br> **ST-1 sales and use taxes** | | | | <br><br><br><br>12,383.42 | 0.00 <br><br> 12,383.42 |
| Account No. **xx-xxx0747** <br><br> **Illinois Dept of Revenue/Lien Unit** <br> **PO Box 19035** <br> **Springfield, IL 62794-9035** | | J | **tax sales** | | | | <br><br><br><br>17,668.15 | 17,668.15 <br><br> 0.00 |
| Account No. **xxx5205** <br><br> **State of IL Department of Employmen** <br> **260 E Indian Trail Rd** <br> **Aurora, IL 60505** | X | J | 10-1-2011 thru 12-31-2011 <br><br> **unpaid employment taxes** | | | | <br><br><br><br>1,874.00 | 0.00 <br><br> 1,874.00 |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 61,341.26 |
| (Total of this page) | 78,074.73 | 16,733.47 |
| Total | | 66,596.01 |
| (Report on Summary of Schedules) | 118,913.44 | 52,317.43 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Case 13-80485   Doc 1   Filed 02/18/13   Entered 02/18/13 15:03:10   Desc Main
Document      Page 23 of 79

B6F (Official Form 6F) (12/07)

In re  **Daniel J Schmitz,**
       **Tricia L Schmitz**                                          Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx-xx0966<br><br>**Affiliated Ear,Nose & Thouth in c/o Dependon Collection Po Box 4833 Hinsdale, IL 60522-4833** | | J | medical care | | | | 962.26 |
| Account No. xxxx0023<br><br>**Allied Waster 551 in c/o CMI Credit Mediators PO Box 456 Upper Darby, PA 19082-0456** | | J | business waste disposal | | | | 2,134.92 |
| Account No. xxx8889<br><br>**Alpha Automotive 3980 Velp Avenue Green Bay, WI 54313** | | J | business parts debt | | | | 930.00 |
| Account No. xxxx-xxxx-xxxx-1328<br><br>**AT&T Universal/CITI PO Box 660370 Dallas, TX 75266** | | J | personal credit card debt | | | | 24,392.03 |

__15__  continuation sheets attached

Subtotal (Total of this page)  **28,419.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel J Schmitz,**
    **Tricia L Schmitz**
                                                     ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx xx 3491** | | | | judgment business software | | | | |
| **Bacher Computer Solutions, Inc in c/o Curt P. Rehberg & Assoc 64 E. Crystal Lake Ave Crystal Lake, IL 60014** | X | | J | | | | | 3,089.00 |
| Account No. **xxxx1685** | | | | charges | | | | |
| **Bankf of America in c/o Firstsource 205 Bryant Woods South Buffalo, NY 14228** | | | J | | | | | 402.60 |
| Account No. **xxx x0475** | | | | parts business debt | | | | |
| **Berman's Nissan Star 5757 W. Tougy Ave Niles, IL 60714** | | | J | | | | | 1,288.34 |
| Account No. **xxxx2979** | | | | services | | | | |
| **Bill ME Later in c/o Tate & Kirling Assoc 2810 Southampton Rd Philadelphia, PA 19154-1207** | | | J | | | | | 386.20 |
| Account No. **xxxxxxx1648** | | | | Opened 8/01/11 CollectionAttorney 08 Us Bank credit card debt personal | | | | |
| **Cach Llc/Square Two Financial 4340 South Monaco St. 2nd Floor Denver, CO 80237** | | H | | | | | | 7,775.00 |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
          (Total of this page)       **12,941.14**

                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Daniel J Schmitz,**                                                    Case No. _____
         **Tricia L Schmitz**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **x-xx-xx-7430** <br><br> **Carstar Franchise Systems, Inc in c/o Jeremy S. Unruh 161 N. Clark St. #4200 Chicago, IL 60601** | X | J | | judgment related to Carstar Franchise | | | | 165,196.33 |
| Account No. <br><br> **CCC Information Serv 8059 Innovation Way Chicago, IL 60682-0080** | - | | | 11-11 <br> debt | | | | 2,796.00 |
| Account No. **xx4940** <br><br> **CCC Information Services 8059 Innovation Way Chicago, IL 60682-0080** | | J | | debt | | | | 3,919.98 |
| Account No. **xxx xxxx xxxxxxx xxxx xx0001** <br><br> **Charter One 1215 Superior Ave Cleveland, OH 44114-3299** | | J | | credit card debt | | | | 3,741.76 |
| Account No. **xxxx xx xxx xxx9249** <br><br> **Comcast PO Box 3002 Southeastern, PA 19398-3002** | | J | | business use | | | | 508.13 |

Sheet no. __2__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         176,162.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **Daniel J Schmitz,**                                                  Case No. _____
        **Tricia L Schmitz**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx xxxx # xx xx xx5643**<br><br>**Commonweatlh Edison Co in c/o Erin Buechler 3 Lincoln Center Villa Park, IL 60181** | X | J | | business use | | | | 12,323.33 |
| Account No. **xxxx90N1**<br><br>**Corpcoll 6908 E Thomas Rd Scottsdale, AZ 85251** | | J | | 09 Specialty Graphics business expense | | | | 274.00 |
| Account No. **xx5222**<br><br>**Cybrcollect 3 Easton Oval Ste 210 Columbus, OH 43219** | | H | | Opened 7/01/09 Last Active 7/17/09 ReturnedCheck 01 Woodman S Carpentersville 3 | | | | 50.00 |
| Account No. **xxx-xx-2823**<br><br>**Department of the Treasury Internal Revenue Service PO Box 480 Holtsville, NY 11742-0480** | | H | | 2009 tax year unpaid taxes for the 2009 period | | | | 6,295.62 |
| Account No. **xxx-xx-2823**<br><br>**Department of the Treasury Internal Revenue Service PO Box 480 Holtsville, NY 11742-0480** | | H | | 2009 tax year unpaid taxes for the 2009 tax period | | | | 4,381.67 |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,324.62

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel J Schmitz,**                                                                 Case No. _____
       **Tricia L Schmitz**

                                                          _____,
                                                                     Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-2823** <br><br> **Department of the Treasury Internal Revenue Service PO Box 480 Holtsville, NY 11742-0480** | | H | | 2008 tax<br>upaid taxes for the 2008 tax year | | | | 15,394.29 |
| Account No. **xxx-xx-2823** <br><br> **Department of the Treasury Internal Revenue Service PO Box 480 Holtsville, NY 11742-0480** | | H | | 2008 taxes<br>unpaid taxes for the 2008 tax period | | | | 5,715.35 |
| Account No. **xxxxxxx4577** <br><br> **Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523** | | H | | Opened 12/01/10<br>CollectionAttorney Affiliated Ear Nose  Throat P | | | | 962.00 |
| Account No. **xxx xxxxx xx xx 1878** <br><br> **Des Plaines Currency Exchange, Inc in c/o Sorman & Grankel, Ltd. 203 N LaSalle St. #2350 Chicago, IL 60601** | X | J | | debt | | | | 597.10 |
| Account No. <br><br> **Drew & Sylvia Cheshier 26132 Geraldine Ln Barrington, IL 60010** | | J | | personal loan | | | | 2,158.00 |

Sheet no. __4__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal |
|---|---|
|  | (Total of this page) |

24,826.74

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Daniel J Schmitz,**
    **Tricia L Schmitz**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ed Schmitz**<br>**10031 Agatite Dr**<br>**Schiller Park, IL 60176** | | J | personal loan | | | | 78,000.00 |
| Account No. **xxxx xx9-526**<br><br>**EH National Bank**<br>**43385 Business Prk Dr #220**<br>**Temecula, CA 92590** | | J | equipment finance | | | | 4,538.00 |
| Account No.<br><br>**Elmhurst BMW Ltd**<br>**in c/o Nigro, Westfall & Gryska**<br>**1793 Bloomigdale Rd**<br>**Glendale Heights, IL 60139** | X | J | judgment for parts | | | | 3,953.82 |
| Account No. **xx0028**<br><br>**Enterprise**<br>**1050 N. Lombard Rd**<br>**Lombard, IL 60148** | | J | debt | | | | 223.17 |
| Account No. **xxxxxxxxxxx5801**<br><br>**Gecrb/gap**<br>**Po Box 965005**<br>**Orlando, FL 32896** | | J | Opened  3/01/07  Last Active 11/07/11 ChargeAccount | | | | 102.00 |

Sheet no. __5__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

86,816.99

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Daniel J Schmitz,**
**Tricia L Schmitz**                                                              Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx 7078**<br><br>**Hoskins Chevrolet**<br>**175 N. Arlington Heights Rd**<br>**Elk Grove Village, IL 60009** | | J | | charges for parts | | | | 2,837.30 |
| Account No.<br><br>**I-80 Auto Parts Inc**<br>**in c/o Neddermeyer Mistretta, LLC**<br>**18 W 140 Butterfield Rd, 15 Fl**<br>**Villa Park, IL 60181** | X | H | | debt | | | | 3,341.50 |
| Account No. **xxxx012-1**<br><br>**IDES**<br>**260 E Indian Trail Rd**<br>**Aurora, IL 60505-1733** | X | J | | 4-2008<br>upaid employment taxes | | | | 5,512.12 |
| Account No. **xxxx012-1**<br><br>**IDES (2008 and 2009  tax years)**<br>**Northern Region**<br>**260 East Indian Trail Rd**<br>**Aurora, IL 60505-1733** | X | J | | Dec 31, 2008 and March 31, 2009<br>unpaid  wage contribution for employment security for December 31, 2008  $489.23) and March 31, 2009 ($799.22) | | | | 1,288.45 |
| Account No. **xx xxxx067-3**<br><br>**IL American Water**<br>**PO Box 94551**<br>**Palatine, IL 60094-4551** | | J | | services | | | | 388.33 |

Sheet no. __6___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,367.70**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Daniel J Schmitz,**
       **Tricia L Schmitz**                              Case No. _____

_____ ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx1415** <br><br>**IL Department of Revenue in c/o Harvarad Collecton Services 4839 N. Elston Avenue Chicago, IL 60630-2534** | | J | **Dec. 12, 2012 ST-1 taxes** | | | | **68,103.64** |
| Account No. **xx-xxxx1150** <br><br>**IL Department of Revenue (2009 Tax PO Box 19035 Springfield, IL 62794-9035** | X | H | **6-30-2009 unpaid ST-1 sales and use taxes for 30-June-2009 tax period** | | | | **2,203.50** |
| Account No. **xx-xxx4150** <br><br>**IL Department of Revenue (2009 Tax PO Box 19035 Springfield, IL 62794-9035** | X | H | **31 December 2009 unpaid SI-1 sales and use taxes for 31-December 2009 tax year** | | | | **7,538.05** |
| Account No. **xx-xxx0747** <br><br>**IL Department of Reveue in c/o Harvard Collection Services 4839 N. Elston Avenue Chicago, IL 60630-2534** | | J | **July 5, 2012 withholding sales tax** | | | | **52,276.07** |
| Account No. **xxxx3138** <br><br>**IL Tollway Authority in c/o Arnold Scott Harris PC PO Box 5625 Chicago, IL 60680-5625** | | J | **unpaid tolls** | | | | **496.40** |

Sheet no. __7__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                 Subtotal (Total of this page)       **130,617.66**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Daniel J Schmitz,**
     **Tricia L Schmitz**                                                                Case No. _____

_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | 7/2012 purchased | | | | |
| **Interstate Battery Systems of Fox** **333 W. State Rd. Unit D** **Island Lake, IL 60042** | J | | | | | | 101.95 |
| **Account No.** xx xx xx0 131 | | | services | | | | |
| **Ira Holtzman, CPA** **1307 Shermer Rd** **Northbrook, IL 60062** | J | | | | | | 3,142.00 |
| **Account No.** xxxxxx3741 | | | 2008 and 2009 CIVPEN 9-30-08 $16,758.69; 12-31-08 $5,522.83;  03-31-09 $5,200.40; and 06-30-09 $6,083.55. | | | | |
| **IRS** **ACS Support Stop 813G** **PO Box 145566** **Cincinnati, OH 45250-5566** | J | | | | | | 33,565.47 |
| **Account No.** | | | tax services | | | | |
| **Joseph A. Matz & Assoc** **One Trans Am Plaza Dr #430** **Villa Park, IL 60181** | J | | | | | | 15,204.41 |
| **Account No.** x xxxx xxxx0023 | | | debt | | | | |
| **Kodiak Collison** **27764 Volo Village Rd** **Round Lake, IL 60073-9680** | J | | | | | | 777.01 |

Sheet no. __8__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                        (Total of this page)      **52,790.84**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Daniel J Schmitz,**
      **Tricia L Schmitz**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kodiak Technologies**<br>**in c/o Dan Field**<br>**27992 W Rte. 120**<br>**Volo, IL** | | J | personal loan | | | | 165,000.00 |
| Account No. **xxxxxxxx8452**<br><br>**Kohls/capone**<br>**in c/o Enhanced Recovery Co**<br>**8014 Bayberry Rd.**<br>**Jacksonville, FL 32256-7412** | | W | Opened  6/21/97  Last Active 11/15/10<br>ChargeAccount | | | | 1,788.00 |
| Account No.<br><br>**Livingston Finan. LLC/US Bank**<br>**in c/o Blitt & Gaines**<br>**661 Glenn Ave**<br>**Wheeling, IL 60090** | | J | law suit | | | | 4,970.60 |
| Account No.<br><br>**Marcella Gard**<br>**1319 Dorothy Dr**<br>**Palatine, IL 60074** | | J | personal loan | | | | 50,000.00 |
| Account No. **xx7466**<br><br>**Mitchell International**<br>**Dept 6946**<br>**Los Angeles, CA 90084-6946** | | J | debt | | | | 5,224.76 |

Sheet no. __9__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

226,983.36

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel J Schmitz,**
       **Tricia L Schmitz**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx xxxxx xx xx xx0884** <br><br> **Motor Werks of Barrington, Inc in c/o Roberts & Weddle, LLC 111 N. Canal Suite 885 Chicago, IL 60606** | | J | | debt for parts | | | | **4,742.59** |
| Account No. **xx xx xx7829** <br><br> **Mundelein Currency Exchange Inc in c/o Sorman & Frankel 203 N LaSalle St #2350 Chicago, IL 60601** | X | J | | debt | | | | **392.62** |
| Account No. **xxxxxx9610** <br><br> **Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507** | | H | | Opened 12/05/02 Last Active 12/02/11 service | | | | **3,047.28** |
| Account No. **xxxxxx2789** <br><br> **Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507** | | H | | Opened 8/23/11 Last Active 10/21/11 Agriculture | | | | **81.00** |
| Account No. **xxx9618** <br><br> **Northern Leasing Syste in c/o Ruben Garcia PO Box 7861 New York, NY 10006** | | H | | Opened 7/01/07 Last Active 2/15/09 Equipment Lease | | | | **3,598.99** |

Sheet no. __10__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**11,862.48**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Daniel J Schmitz,**
**Tricia L Schmitz**                                                Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x8012** | | | | services | | | | |
| **Northsiside Imports** **3650 W. Pratt** **Lincolnwood, IL 60712** | | J | | | | | | 1,185.94 |
| Account No. **xxxx0461** | | | | medical care | | | | |
| **Northwest Community Hospital** **PO Box 95698** **Chicago, IL 60694** | | J | | | | | | 900.00 |
| Account No. **1237** | | | | NSF check | | | | |
| **Ostler Intl** **in c/o TRS Recovery** **PO Box 60022** **City of Industry, CA 91716-0022** | | J | | | | | | 25.00 |
| Account No. **xxxxxx1982** | | | | debt | | | | |
| **Paychex & Riverbend Group** **in c/o McCarthy, Burgess, Wolff** **26000 Cannon Rd** **Bedford, OH 44146** | | J | | | | | | 422.55 |
| Account No. **xxx7921** | | | | Med1 02 Northwest Community Hospital | | | | |
| **Pellettieri** **991 Oak Creek Dr** **Lombard, IL 60148** | | H | | | | | | 125.00 |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        2,658.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **Daniel J Schmitz,**
         **Tricia L Schmitz**                                                  Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Peter and Lori Chipchase**<br>**26132 Geraldine Ln**<br>**Barrington, IL 60010** | | J | | **personal loan** | | | | **10,000.00** |
| Account No. **xxx2678** <br><br>**Quill**<br>**in c/o RMS**<br>**4836 Brecksville Rd**<br>**Richfield, OH 44286** | | J | | **debt** | | | | **81.66** |
| Account No. **xxxxx9093** <br><br>**RMS Collection**<br>**4836 Brecksville Rd**<br>**Richfield, OH 44286** | | J | | **debt** | | | | **81.66** |
| Account No. <br><br>**Rustic Harbor**<br>**1514 Pine St.**<br>**Spring Grove, IL** | | H | | **unpaid storage fees for boat** | | | | **5,000.00** |
| Account No. **xxxxxxxxxx2001** <br><br>**Spark Energy Gas, LP**<br>**in c/o William W. Siegel**<br>**Seven Penn Plaza #1500**<br>**New York, NY 10001** | | J | | **debt** | | | | **3,810.17** |

Sheet no. __12__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,973.49**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel J Schmitz,**
       **Tricia L Schmitz**                                           Case No. _____

_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx4244** <br><br> **T-Mobile** <br> **PO Box 742596** <br> **Cincinnati, OH 45274-2596** | | J | services | | | | 1,476.70 |
| Account No. <br><br> **The ABL Group** <br> **415 Bloom St** <br> **Highland Park, IL 60035** | | J | debt | | | | 5,934.38 |
| Account No. **xxxx3991** <br><br> **The Pediatric Faculty Foundation** <br> **PO Box 4051** <br> **Carol Stream, IL 60197-4051** | | J | medical bill | | | | 957.59 |
| Account No. **xxxx-xxxx-xxxx-3395** <br><br> **Toys R US** <br> **in c/o Vision Financial Group** <br> **PO box 900** <br> **Purchase, NY 10577-0900** | | J | charges | | | | 386.20 |
| Account No. **1237** <br><br> **TRS Recovery Serv** <br> **PO Box 60022** <br> **City of Industry, CA 91716-0022** | | J | Non sufficient funds | | | | 25.00 |

Sheet no. __13__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **8,779.87**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel J Schmitz,**                                                        Case No. _____
       **Tricia L Schmitz**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx8510**<br><br>**Us Bank<br>Po Box 5227<br>Cincinnati, OH 45201** | | J | | Opened 10/01/05  Last Active  1/25/10<br>**SBA loan** | | | | **14,054.00** |
| Account No. **xxxxxxxx8494**<br><br>**Us Bank<br>Attention: Bankruptcy Dept.<br>Po Box 5229<br>Cincinnati, OH 45201** | | J | | Opened  6/15/06  Last Active  4/26/10<br>**CheckCreditOrLineOfCredit** | | | | **2,095.00** |
| Account No. **xxxxxx6901**<br><br>**Us Bank<br>Attention: Bankruptcy Dept.<br>Po Box 5229<br>Cincinnati, OH 45201** | | J | | Opened 11/15/95  Last Active  7/04/10<br>**Unsecured** | | | | **511.00** |
| Account No. **xxxxx7400**<br><br>**Village of Palatine Police Dept<br>in c/o Armor Systems Corp<br>1700 Kiefer Dr. #1<br>Zion, IL 60099-5105** | | J | | debt | | | | **200.00** |
| Account No. **3380**<br><br>**Village of Streamwood<br>301 E. Irivng Park Rd.<br>Streamwood, IL 60107** | | J | | village fines | | | | **130.00** |

Sheet no. **_14_** of **_15_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **16,990.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel J Schmitz,**
       **Tricia L Schmitz**

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

**Village of Streamwood**
**301 E. Irving Park Rd.**
**Streamwood, IL 60107** | | | J | village violation for property at 607 S. Park Blvd. | | | | 130.00 |
| Account No. **xxx xxxxxxx xx0801**

**Waste Management**
**PO box 4648**
**Carol Stream, IL 60197-4648** | | | J | services | | | | 21.88 |
| Account No. **8113**

**Waukegan Color Supply**
**in c/o Nathaniel D Lawrence**
**2835 N. Sheffield Ave #232**
**Chicago, IL 60657** | X | | J | auto paint | | | | 15,156.65 |
| Account No.

**Wellington Radiology Group**
**in c/o Credit Discount & Audit**
**415 Main St.**
**Streator, IL 61364** | | | J | medical care | | | | 150.82 |
| Account No. **xx xx xx5694**

**Zenith Acquisition Corp**
**in c/o Blitt & Gaines, PC**
**661 Glenn Avenue**
**Wheeling, IL 60090** | | | J | US Bank law suit | | | | 3,098.28 |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,557.63

Total
(Report on Summary of Schedules)

854,072.42

B6G (Official Form 6G) (12/07)

.

In re     **Daniel J Schmitz,**                                                    Case No. _____
          **Tricia L Schmitz**
_____,
                              Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Daniel J Schmitz,**                                                           Case No. _____
    **Tricia L Schmitz**
_____,
                                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DSL Automotibe Group, Inc**<br>**in c/o Daniel Schmitz**<br>**314 Tulip Cir**<br>**Island Lake, IL 60042**<br>    **unpaid wage contribution employment for**<br>**December 31, 2008 $489.23 and for March 31,**<br>**2009 $79.22.** | **IDES (2008 and 2009  tax years)**<br>**Northern Region**<br>**260 East Indian Trail Rd**<br>**Aurora, IL 60505-1733** |
| **DSL Automotive Group**<br>**d/b/a Trailwood Auto Body**<br>**in c/o Daniel Schmitz 314 Tulip Cir**<br>**Island Lake, IL 60042**<br>    **co-debtor** | **Commonweatlh Edison Co**<br>**in c/o Erin Buechler**<br>**3 Lincoln Center**<br>**Villa Park, IL 60181** |
| **DSL Automotive Group, Inc**<br>**in c/o Daniel Schmitz**<br>**412 Tulip Cir**<br>**Island Lake, IL 60042**<br>    **unpaid employment taxes** | **IDES**<br>**260 E Indian Trail Rd**<br>**Aurora, IL 60505-1733** |
| **DSL Automotive Group, Inc**<br>**in c/o Daniel Schmitz**<br>**314 Tulip Circle**<br>**Island Lake, IL 60042**<br>    **unapid ST-1 sales and use taxes for 30**<br>**June-2009 tax period** | **IL Department of Revenue (2009 Tax**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** |
| **DSL Automotive Group, Inc**<br>**in c/o Daniel Schmitz**<br>**314 Tulip Circle**<br>**Island Lake, IL 60042**<br>    **unpaid ST-1 sales and use taxes for**<br>**31-Dec.2009** | **IL Department of Revenue (2009 Tax**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** |
| **DSL Automotive Group, INC,**<br>**in c/o Daniel Schmitz**<br>**314 Tupip Circle**<br>**Island Lake, IL 60042**<br>    **Excel National Bank lawsuit(09-CH51025)**<br>**regarding commercial loan secured against**<br>**commercial property located at 871 E Palatine**<br>**Illinois Road, Prospect Heights, Illinois 60090. The**<br>**corporation is disolved .** | **Excel National Bank**<br>**in c/o Heaver, Scott, Beyers, & Mih**<br>**111 E. Main St. Suite 200**<br>**Decatur, IL 62525**<br>    **commercial loan agains commercial property** |

**2**
____ continuation sheets attached to Schedule of Codebtors

In re  **Daniel J Schmitz,**
        **Tricia L Schmitz**                                                            Case No. _____

_____,
                                      Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **DSL Automotive Group, Inc.**<br>**d/b/a Trailwood Carstar Collision**<br>**in c/o Daniel Schmitz 314 Tulip Cir**<br>**Island Lake, IL 60042**<br>  **corporation is disolved** | **Carstar Franchise Systems, Inc**<br>**in c/o Jeremy S. Unruh**<br>**161 N. Clark St. #4200**<br>**Chicago, IL 60601** |
| **DSL Automotive Group, Inc.**<br>**in c/o Daniel Schmitz**<br>**412 Tulip Cir**<br>**Island Lake, IL 60042**<br>  **unpaid St-1 sales and use taxes** | **Illinois Department of Revenue**<br>**9511 Harrison St.**<br>**Des Plaines, IL 60016-1523** |
| **DSL Automotive Group, Inc. d/b/a**<br>**Trailwood Carstar Collision Center**<br>**in c/o Daniel Schmitz 314 Tulip Cir**<br>**Island Lake, IL 60042**<br>  **co-signer** | **Carstar Franchise Systems, Inc**<br>**in c/o Jeremy S. Unruh**<br>**161 N. Clark St. #4200**<br>**Chicago, IL 60601** |
| **Excel National Bank**<br>**inc/o Heavner, Scott, Beyers, Mihal**<br>**111 E. Main St. Suite 200**<br>**Decatur, IL 62525**<br>  **Commercial lender cross collaterol of**<br>**residential investment property owned by the**<br>**debtor's** | **Bank of America**<br>**in c/o Fishser and Shapico, LLC**<br>**4201 Lake Cook Rd.**<br>**Northbrook, IL 60062-1060**<br>  **Residential foreclosure of 607 South Park Blvd,**<br>**Streamwood Il60107 (10CH13939)** |
| **Riverbend Group Inc.**<br>**Trailwood Autobody**<br>**871 E. Palatine Rd.**<br>**Wheeling, IL 60090**<br>  **941 unpaid taxes for March, June September**<br>**and December 2010 and March 2011.** | **Department of the Treasury**<br>**Internal Revenue Service**<br>**Wheeling, IL 60090** |
| **Riverbend Group, Inc**<br>**in c/o Daniel Schmitz**<br>**314 Tulip Cir**<br>**Island Lake, IL 60042**<br>  **unpaid unemployment taxes** | **IDES**<br>**in c/o Collectiosn Section**<br>**33 S. State St., 10th Floor**<br>**Wheeling, IL 60090** |
| **Riverbend Group, Inc**<br>**in c/o Daaniel Schmitz**<br>**314 Tulip Cir**<br>**Island Lake, IL 60042**<br>  **unpaid employment taxes** | **State of IL Department of Employmen**<br>**260 E Indian Trail Rd**<br>**Aurora, IL 60505** |
| **Riverbend Group, Inc**<br>**in c/o Donald Schmitz**<br>**412 Tulip Cir**<br>**Island Lake, IL 60042**<br>  **unpaid contributions** | **IDES in c/o Account Analysis**<br>**33 S. State St. 10th fl**<br>**Chicago, IL 60603** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

In re    **Daniel J Schmitz,**                                                    Case No. _____
    **Tricia L Schmitz**

_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Riverbend Group, Inc**<br>**in c/o Daniel Schmitz**<br>**412 Tulip Cir**<br>**Island Lake, IL 60042**<br>  **unpaid ST-1 sales and use taxes** | **IL Department of Revenue**<br>**PO Box 19035**<br>**Springfield, IL 62794-9035** |
| **Riverbend Group, Inc.**<br>**in c/o Daniel Schmitz**<br>**314 Tulip Cir**<br>**Island Lake, IL 60042**<br>  **unpaid quaterly taxes** | **IDES**<br>**260 E Indian Trail Rd**<br>**Aurora, IL 60505-1733** |
| **The Riverband Group d/b/a**<br>**Trailwood Autobody**<br>**c/o Daniel Schmitz 314 Tulip Cir**<br>**Island Lake, IL 60042**<br>  **co-signer** | **Waukegan Color Supply**<br>**in c/o Nathaniel D Lawrence**<br>**2835 N. Sheffield Ave #232**<br>**Chicago, IL 60657** |
| **The Riverbend Group, Inc.**<br>**d/b/a Trail Wood Autobody**<br>**in c/o Daniel Schmitz 314 Tupip Cir**<br>**Island Lake, IL 60042**<br>  **corporation is disolved** | **I-80 Auto Parts Inc**<br>**in c/o Neddermeyer Mistretta, LLC**<br>**18 W 140 Butterfield Rd, 15 Fl**<br>**Villa Park, IL 60181** |
| **The Riverbend Group, Inc.**<br>**d/b/a Trailwood  Autobody, an IL Co**<br>**in c/o Daniel Schmitz 314 Tulip Cir**<br>**Island Lake, IL 60042**<br>  **co-debtor** | **Des Plaines Currency Exchange, Inc**<br>**in c/o Sorman & Grankel, Ltd.**<br>**203 N LaSalle St. #2350**<br>**Chicago, IL 60601** |
| **The Riverbend Group, Inc.**<br>**d/b/a/ Trailwood Autobody**<br>**in c/o Daniel Schmitz 314 Tulip Cir**<br>**Island Lake, IL 60042**<br>  **co-signer** | **Mundelein Currency Exchange Inc**<br>**in c/o Sorman & Frankel**<br>**203 N LaSalle St #2350**<br>**Chicago, IL 60601** |
| **The Riverbend Group, Inc. , an IL C**<br>**in c/o Daniel Schmitz**<br>**314 Tulip Cir**<br>**Island Lake, IL 60042**<br>  **co-signer** | **Bacher Computer Solutions, Inc**<br>**in c/o Curt P. Rehberg & Assoc**<br>**64 E. Crystal Lake Ave**<br>**Crystal Lake, IL 60014** |
| **Trailwood Autobody**<br>**in c/o Daniel Schmitz**<br>**314 Tulip Circle**<br>**Island Lake, IL 60042**<br>  **corporation is disolved** | **Elmhurst BMW Ltd**<br>**in c/o Nigro, Westfall & Gryska**<br>**1793 Bloomigdale Rd**<br>**Glendale Heights, IL 60139** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

**B6I (Official Form 6I) (12/07)**

In re   **Daniel J Schmitz**
        **Tricia L Schmitz**                                         Case No. _____

                                     Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter**<br>**Son**<br>**Daughter** | AGE(S):<br>**11**<br>**13**<br>**5**<br>**8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **6,033.57** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **6,033.57** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **661.04** | $ **0.00** |
|    b. Insurance | $ **0.00** | $ **0.00** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **661.04** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **5,372.53** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **5,372.53** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **5,372.53** | |

                                   (Report also on Summary of Schedules and, if applicable, on
                                   Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Daniel J Schmitz**
**Tricia L Schmitz**                                              Case No. _____
                        Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,495.00 |
| a. Are real estate taxes included?    Yes **X**    No ___ | | |
| b. Is property insurance included?    Yes **X**    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 28.00 |
| c. Telephone | $ | 180.00 |
| d. Other   **See Detailed Expense Attachment** | $ | 196.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 425.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 125.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 150.00 |
| c. Health | $ | 35.00 |
| d. Auto | $ | 55.00 |
| e. Other   **See Detailed Expense Attachment** | $ | 58.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other   **Second Mortgage** | $ | 400.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,297.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 5,372.53 |
| b. Average monthly expenses from Line 18 above | $ | 5,297.00 |
| c. Monthly net income (a. minus b.) | $ | 75.53 |

B6J (Official Form 6J) (12/07)

In re    **Daniel J Schmitz**
**Tricia L Schmitz**                                                      Case No. _____
_____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| garbage | $ | 16.00 |
| cable | $ | 180.00 |
| **Total Other Utility Expenditures** | $ | **196.00** |

**Other Insurance Expenditures:**

| | | |
|---|---|---:|
| boat insurance | $ | 37.00 |
| personal articles insurance | $ | 21.00 |
| **Total Other Insurance Expenditures** | $ | **58.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Daniel J Schmitz**
**Tricia L Schmitz**

Case No. _____

Debtor(s)            Chapter   **7**_____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **36**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 18, 2013**_____

Signature    **/s/ Daniel J Schmitz**_____
              **Daniel J Schmitz**
              Debtor

Date  **February 18, 2013**_____

Signature    **/s/ Tricia L Schmitz**_____
              **Tricia L Schmitz**
              Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Daniel J Schmitz**
       **Tricia L Schmitz** _____    Case No. _____

                            Debtor(s)       Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$23,316.00** | **2011 income was 23,316.00 from the operation of The Riverbend Group Inc. and was reported on line 17 as corporate income of the personal tax return.** |
| **$54,095.96** | **2012 employee income at Castens Auto Body shop thru 05/12 was 15,907.22. 1099 Income at Licocci Inc. thru October 2012 was 24,364.74. Employee income at Licocci Inc. was 1,950.00. Income at Collision Centers of America thru 12/31/12 was 11,394.00. Tricia Schmitz earned 480.00 (from 03/12 thru 05/12 doing quick books for Kodiak Collision and was paid in cash** |
| **$8,111.82** | **2013 employee income is 8,111.82 thru 01/25/13 at Collision Centers of America** |

B 7 (12/12)                                                                                              2

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Carstar Franchise Systems, Inc.** **vs** **DSL Automotive Group, Inc., d/b/a, Trail CARSTAR Collison Center** **Case No. 1:10-cv-7430** | **law suit** | **Northern District of IL, Eastern Division** | **judgment for $165,196.33** |
| **Zenith Acquisition Corp.** **vs** **Dan Schmitz** **Case No. 11 M1 135694** | **law suit** | **Cook County, IL** | **pending** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B 7 (12/12)                                                                                                                3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **The Bank of New York Mellon**<br>**vs**<br>**Daniel J. Schmitz, Tricia Schmitz, Excel National Bank**<br>**Case No. 10 Ch 13939** | **Foreclosure complaint on propety located 607 S. Park Boulevard, Streamwood IL 60107** | **Cook County, IL** | pending |
| **I-80 Auto Parts, Inc**<br>**vs**<br>**The Riverbend Group, Inc. d/b/a/ Trailwood Autobody**<br>**Case No. 10 M3 3776** | **law suit** | **Third Municipal District of IL** | pending |
| **Motor Werks of Barrington, Inc**<br>**vs**<br>**Trailwood Carstar**<br>**Case No. 10 M1 200884** | **law suit** | **First Municpal District of IL** | pending |
| **Commonwealth Edison Company**<br>**vs**<br>**Trailwood Auto & Body**<br>**case No. 10 M1 155643** | **law suit** | **First Municipal District of IL** | pending |
| **Des Plaines Currency Exchange, Inc**<br>**vs**<br>**The Riverbend Group, Inc. d/b/a/ Trail Wood Autobody**<br>**Case No. 10 M1 1878** | **law suit** | **First Municipal District of IL** | pending |
| **Mundelein Currency Exchange, Inc**<br>**vs**<br>**The Riverside Group, Inc., d/b/a Trail Wood Autobody**<br>**Case No. 10 M1 187829** | **law suit** | **First Municipal District of IL** | pending |
| **Bacher Computer Solutions, Inc**<br>**vs**<br>**The Riverbend Group, Inc**<br>**Case No. 10 SC 3491** | **law suit** | **McHenry County, IL** | judgment |
| **Livingston Financial LLC/ US Bank**<br>**vs**<br>**Daniel J. Schmitz**<br>**Case No. 12 SC 214** | **law suit** | **McHenry County, IL** | pending |
| **Elmhurst BMW Ltd**<br>**vs**<br>**Daniel Schmitz**<br>**Case No. 09 SC 006103** | **law suit** | **McHenry County, IL** | judgment |
| **Waukgan Color Supply, Inc**<br>**vs**<br>**The Riverbend Group, Trailwood Auto Body, Daniel J. Schmitz**<br>**2012 1133566** | **law suit** | **First Muncipal District, IL** | pending |
| **Excel National Bank**<br>**vs**<br>**DSL Automotive Group, Inc., Daniel Schmitz, and Tricia Schmitz**<br>**09 CH 51025** | **law suit** | **Cook County, IL** | judgment |
| **County of Cook, a body politic**<br>**vs**<br>**Trailwood Auto Body**<br>**Case No. RC 11101727** | **pending** | **Cook County, Illinois** | pending |

B 7 (12/12)                                                                                                                4

| None | |
|---|---|
| ■ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

### 5. Repossessions, foreclosures and returns

| None | |
|---|---|
| ☐ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Bank of New York Mellon in c/o Fisher and Shapiro 4201 Lake Cook Rd Northbrook, IL 60062** | | **607 S. Park Boulevard, Streamwood, IL 60107** |

### 6. Assignments and receiverships

| None | |
|---|---|
| ■ | a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

| None | |
|---|---|
| ■ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| | | | |

### 7. Gifts

| None | |
|---|---|
| ■ | List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| | | | |

### 8. Losses

| None | |
|---|---|
| ■ | List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| | | |

B 7 (12/12)    5

---

### 9.  Payments related to debt counseling or bankruptcy

None  ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **James M. Allen**<br>**800 E Northwest Highway #700**<br>**Palatine, IL 60074** | **1-2012** | **5,000.00** |

---

### 10.  Other transfers

None  ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11.  Closed financial accounts

None  ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

### 12.  Safe deposit boxes

None  ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

### 13.  Setoffs

None  ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

---

**14.  Property held for another person**

None
■      List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

---

**15.  Prior address of debtor**

None
■      If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                              NAME USED                              DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■      c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

B 7 (12/12)                                                                                                7

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **DSL Automotive Group, Inc** | **83-0414150** | **d/b/a Trailwood Auto Body 781 E. Palatine Road Wheeling, IL 60090** | **Autobody shop** | **Beginning date of DSL Automotive Group, Inc was December 2004 last date of business first quarter of 2011.** |
| **The Riverbend Group, Inc** | **80-0480747** | **in c/o Daniel J. Schmitz 314 Tupil Circle Island Lake, IL 60042** | **Body autoshop** | **2009 thru first quarter of 2011 approx.** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Neil Winston Schneiderman, Kohn, & Winston, Ltd. 6035 N. Northwest Highway #301 Chicago, IL 60631** | **2008 tax year DSL Automotive Group, Inc** |
| **Joseph A. Matz & Associates, Ltd. One Trans Am Plaza Drive Suite 430 Villa Park, IL 60181** | **2009 and 2010 tax year for DSL Automotive Group, Inc.** |

B 7 (12/12)                                                                                                               8

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **John A. Albanese**<br>**Eder, Casella & Co.**<br>**5400 W. Elm Street Suite 203**<br>**McHenry, IL 60050** | **2011 tax year for DSL Automotive**<br>**Group, Inc.** |
| **Joseph A. Matz & Associates, Ltd.**<br>**One Trans Am Plaza Drive**<br>**Suite 430**<br>**Villa Park, IL 60181** | **2009 and 2010 tax year for The**<br>**Riverbend Group, Inc.** |
| **John W. Albanese**<br>**5400 W. Elm Street Suite 203**<br>**McHenry, IL 60050** | **2011 tax year for The Riverbend Group,**<br>**Inc.** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Daniel Schmitz** | **314 Tulip Circle**<br>**Island Lake, IL 60042** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Daniel Schmitz**<br>**314 Tulip Circle**<br>**Island Lake, IL 60042** | **owner** | **100% shareholder of the DSL**<br>**Automotive Group, Inc. this corporation**<br>**is now dissolved.** |

B 7 (12/12)                                                                                                          9

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Daniel J. Schmitz**<br>**in c/o The Riverbend Group, Inc**<br>**871 East Palatine Rod**<br>**Wheeling, IL 60090** | **owner** | **100% shareholder for The Riverbend Group, Inc. This corporation is dissolved.** |

---

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                 TITLE                     DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                    DATE AND PURPOSE                AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR           OF WITHDRAWAL                   OR DESCRIPTION AND
                                                                 VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                            TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                  TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

B 7 (12/12)                                                                                                                                    10

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.


Date  __**February 18, 2013**_____        Signature   **/s/ Daniel J Schmitz**_____
                                                           **Daniel J Schmitz**
                                                           Debtor


Date  __**February 18, 2013**_____        Signature   **/s/ Tricia L Schmitz**_____
                                                           **Tricia L Schmitz**
                                                           Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Daniel J Schmitz**
**Tricia L Schmitz**
_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:**<br>**607 S. Park Boulevard, Streamwood, IL 60107** |

Property will be (check one):
&#9632; Surrendered                   &#9633; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9633; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9633; Claimed as Exempt                   &#9632; Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Chase** | **Describe Property Securing Debt:**<br>**314 Tulip Circle, Island Lake, IL 60042** |

Property will be (check one):
&#9633; Surrendered                   &#9632; Retained

If retaining the property, I intend to (check at least one):
&#9633; Redeem the property
&#9632; Reaffirm the debt
&#9633; Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
&#9632; Claimed as Exempt                   &#9633; Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chase Bank** | **Describe Property Securing Debt:**<br>**314 Tulip Circle, Island Lake, IL 60042** |

Property will be (check one):
- ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Excel National Bank** | **Describe Property Securing Debt:**<br>**Commercial property SBA loan for auto collision commercial property  already sold .property 871 East Palatine Rd. Wheeling Illinois 60090** |

Property will be (check one):
- ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Excel National Bank** | **Describe Property Securing Debt:**<br>**607 S. Park Boulevard, Streamwood, IL 60107. A cross collaterol of rental property for SBA commercial loan** |

Property will be (check one):
- ■ Surrendered                    ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                      Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Excel National Bank** | **Describe Property Securing Debt:**<br>**314 Tulip Circle, Island Lake, IL 60042** |

Property will be (check one):
    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Illinois Department of Revenue** | **Describe Property Securing Debt:**<br>**314 Tulip Circle, Island Lake, IL 60042 A tax lien against property** |

Property will be (check one):
    ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date    <u>**February 18, 2013**</u>      Signature    <u>**/s/ Daniel J Schmitz**</u>

                                                                   **Daniel J Schmitz**

                                                                  Debtor

Date    <u>**February 18, 2013**</u>      Signature    <u>**/s/ Tricia L Schmitz**</u>

                                                                     **Tricia L Schmitz**

                                                                  Joint Debtor

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com              Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re     **Daniel J Schmitz**
           **Tricia L Schmitz**                           Case No.

                                                   Debtor(s)           Chapter     **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $        **5,000.00** |
| Prior to the filing of this statement I have received | $        **5,000.00** |
| Balance Due | $        **0.00** |

2.    $   **306.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

       ■ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

       ■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
           **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
           **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **February 18, 2013**                   **/s/ James M. Allen**
                                               **James M. Allen 6182652**
                                               **James M. Allen**
                                                 **800 East Northwest Highway**
                                                 **Suite 700**
                                                 **Palatine, IL 60074**
                                                 **847-359-4446   Fax: 847-359-6802**
                                                 **JamesAttyAllen@sbcglobal.net**

## ATTORNEY COMPENSATION AGREEMENT

Pursuant to 11 U.S.C.329(a) and Bankruptcy Rule 2016(b), I certify that, James M. Allen, is the attorney representing Daniel J. Schmitz and Tricia Schmitz(in the filling and legal representation regarding Chapter 7 Bankruptcy Petition) and that compensation paid to me before the filing of said petition, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $5,000.00 |
| Filing fees has been paid | $ 306.00 |
| Registration for 2 classes and credit report | $ 120.00 |
| Balance Due | $    -0- |

In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including:

1. Analysis of the debtor's financial situation, and rendering advise to the debtor in determining whether to file a petition in bankruptcy;
2. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
3. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
4. [Other provisions as needed]
     Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 UCS 522(f)(2)(A) for avoidance of liens on household goods.

By agreement with the debtor(s), the ab0ve-disclosed fee does not include the following service:
     Representation of the debtor(s) in any discharge ability actions, judicial lien avoidances to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: __2/18/13__

_James M. Allen_
Attorney

_____

Date: __2-18-13__

_____
Debtor

_____
Debtor

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Daniel J Schmitz**
**Tricia L Schmitz**

Debtor(s)

Case No.

Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Daniel J Schmitz**
**Tricia L Schmitz**

Printed Name(s) of Debtor(s)

Case No. (if known)

X  **/s/ Daniel J Schmitz**          **February 18, 2013**

Signature of Debtor          Date

X  **/s/ Tricia L Schmitz**          **February 18, 2013**

Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Daniel J Schmitz**
         **Tricia L Schmitz**                                     Case No.
                                    Debtor(s)                     Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                    **123**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **February 18, 2013**            **/s/ Daniel J Schmitz**
                                        **Daniel J Schmitz**
                                        Signature of Debtor

Date:  **February 18, 2013**            **/s/ Tricia L Schmitz**
                                        **Tricia L Schmitz**
                                        Signature of Debtor

.

Affiliated Ear,Nose & Thouth
in c/o Dependon Collection
Po Box 4833
Hinsdale, IL 60522-4833


Allied Waster 551
in c/o CMI Credit Mediators
PO Box 456
Upper Darby, PA 19082-0456


Alpha Automotive
3980 Velp Avenue
Green Bay, WI 54313


AT&T Universal/CITI
PO Box 660370
Dallas, TX 75266


Bacher Computer Solutions, Inc
in c/o Curt P. Rehberg & Assoc
64 E. Crystal Lake Ave
Crystal Lake, IL 60014


Bank of America
in c/o Fisher & Shapiro
4201 Lake Cook Rd
Northbrook, IL 60062


Bankf of America
in c/o Firstsource
205 Bryant Woods South
Buffalo, NY 14228


Berman's Nissan Star
5757 W. Tougy Ave
Niles, IL 60714


Bill ME Later
in c/o Tate & Kirling Assoc
2810 Southampton Rd
Philadelphia, PA 19154-1207


Cach Llc/Square Two Financial
4340 South Monaco St. 2nd Floor
Denver, CO 80237

Carstar Franchise Systems, Inc
in c/o Jeremy S. Unruh
161 N. Clark St. #4200
Chicago, IL 60601


CCC Information Serv
8059 Innovation Way
Chicago, IL 60682-0080


CCC Information Services
8059 Innovation Way
Chicago, IL 60682-0080


Charter One
1215 Superior Ave
Cleveland, OH 44114-3299


Chase
1 Chase Sq.
Rochester, NY 14643


Chase Bank
PO Box 24696
Columbus, OH 43224


Comcast
PO Box 3002
Southeastern, PA 19398-3002


Commonweatlh Edison Co
in c/o Erin Buechler
3 Lincoln Center
Villa Park, IL 60181


Cook of County/Department of Reven
in c/o Linebarger Googgan Blair
233 S. Wacker Dr. Suite 4030
Chicago, IL 60606


Corpcoll
6908 E Thomas Rd
Scottsdale, AZ 85251

```
Cybrcollect
3 Easton Oval Ste 210
Columbus, OH 43219


Department of Revenue
Internal Services
Ogden, UT 84201-0010


Department of the Treasury
Internal Revenue Serv
Ogden, UT 84210-0010


Department of the Treasury
Internal Revenue Service
Wheeling, IL 60090


Department of the Treasury
Internal Revenue Service
PO Box 480
Holtsville, NY 11742-0480


Department of the Treasury
Internal Revenue Service
PO Box 480
Holtsville, NY 11742-0480


Department of the Treasury
Internal Revenue Service
PO Box 480
Holtsville, NY 11742-0480


Department of the Treasury
Internal Revenue Service
PO Box 480
Holtsville, NY 11742-0480


Department of Treasury
Internal Revenue Service
Ogden, UT 84201-0010


Department of Treasury
Internal Revenue Serv
Detroit, MI 48210-0010
```

Department of Treasury
Internal Revenue
Ogden, UT 84210-0010


Dependon Collection Se
Attn: Bankruptcy
Po Box 4833
Oak Brook, IL 60523


Des Plaines Currency Exchange, Inc
in c/o Sorman & Grankel, Ltd.
203 N LaSalle St. #2350
Chicago, IL 60601


Drew & Sylvia Cheshier
26132 Geraldine Ln
Barrington, IL 60010


DSL Automotibe Group, Inc
in c/o Daniel Schmitz
314 Tulip Cir
Island Lake, IL 60042


DSL Automotive Group
d/b/a Trailwood Auto Body
in c/o Daniel Schmitz 314 Tulip Cir
Island Lake, IL 60042


DSL Automotive Group, Inc
in c/o Daniel Schmitz
412 Tulip Cir
Island Lake, IL 60042


DSL Automotive Group, Inc
in c/o Daniel Schmitz
314 Tulip Circle
Island Lake, IL 60042


DSL Automotive Group, Inc
in c/o Daniel Schmitz
314 Tulip Circle
Island Lake, IL 60042

```
DSL Automotive Group, INC,
in c/o Daniel Schmitz
314 Tupip Circle
Island Lake, IL 60042


DSL Automotive Group, Inc.
d/b/a Trailwood Carstar Collision
in c/o Daniel Schmitz 314 Tulip Cir
Island Lake, IL 60042


DSL Automotive Group, Inc.
in c/o Daniel Schmitz
412 Tulip Cir
Island Lake, IL 60042


DSL Automotive Group, Inc. d/b/a
Trailwood Carstar Collision Center
in c/o Daniel Schmitz 314 Tulip Cir
Island Lake, IL 60042


Ed Schmitz
10031 Agatite Dr
Schiller Park, IL 60176


EH National Bank
43385 Business Prk Dr #220
Temecula, CA 92590


Elmhurst BMW Ltd
in c/o Nigro, Westfall & Gryska
1793 Bloomigdale Rd
Glendale Heights, IL 60139


Enterprise
1050 N. Lombard Rd
Lombard, IL 60148


Excel National Bank
in c/o Heavner, Scott, eyers, & Mih
111 E. Main St. #200
Decatur, IL 62525


Excel National Bank
in c/o Heavner, Scott, Beyers, Miha
111 E. Man St. Suite 200
Decatur, IL 62525
```

Excel National Bank
in c/o Heavhar, Scott, Eyer, Ltd.
111 E. Main St #200
Decatur, IL 62525


Excel National Bank
inc/o Heavner, Scott, Beyers, Mihal
111 E. Main St. Suite 200
Decatur, IL 62525


Gecrb/gap
Po Box 965005
Orlando, FL 32896


Hoskins Chevrolet
175 N. Arlington Heights Rd
Elk Grove Village, IL 60009


I-80 Auto Parts Inc
in c/o Neddermeyer Mistretta, LLC
18 W 140 Butterfield Rd, 15 Fl
Villa Park, IL 60181


IDES
260 E Indian Trail Rd
Aurora, IL 60505-1733


IDES
in c/o Collectiosn Section
33 S. State St., 10th Floor
Wheeling, IL 60090


IDES
260 E Indian Trail Rd
Aurora, IL 60505-1733


IDES (2008 and 2009  tax years)
Northern Region
260 East Indian Trail Rd
Aurora, IL 60505-1733


IDES in c/o Account Analysis
33 S. State St. 10th fl
Chicago, IL 60603

IL American Water
PO Box 94551
Palatine, IL 60094-4551


IL Department of Revenue
PO Box 19035
Springfield, IL 62794-9035


IL Department of Revenue
in c/o Harvarad Collecton Services
4839 N. Elston Avenue
Chicago, IL 60630-2534


IL Department of Revenue (2009 Tax
PO Box 19035
Springfield, IL 62794-9035


IL Department of Revenue (2009 Tax
PO Box 19035
Springfield, IL 62794-9035


IL Department of Reveue
in c/o Harvard Collection Services
4839 N. Elston Avenue
Chicago, IL 60630-2534


IL Tollway Authority
in c/o Arnold Scott Harris PC
PO Box 5625
Chicago, IL 60680-5625


Illinois Department of Revenue
PO Box 19006
Springfield, IL 62794-9006


Illinois Department of Revenue
9511 Harrison St.
Des Plaines, IL 60016-1523


Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035

Illinois Dept of Revenue/Lien Unit
PO Box 19035
Springfield, IL 62794-9035


Interstate Battery Systems of Fox
333 W. State Rd. Unit D
Island Lake, IL 60042


Ira Holtzman, CPA
1307 Shermer Rd
Northbrook, IL 60062


IRS
ACS Support Stop 813G
PO Box 145566
Cincinnati, OH 45250-5566


Joseph A. Matz & Assoc
One Trans Am Plaza Dr #430
Villa Park, IL 60181


Kodiak Collison
27764 Volo Village Rd
Round Lake, IL 60073-9680


Kodiak Technologies
in c/o Dan Field
27992 W Rte. 120
Volo, IL


Kohls/capone
in c/o Enhanced Recovery Co
8014 Bayberry Rd.
Jacksonville, FL 32256-7412


Livingston Finan. LLC/US Bank
in c/o Blitt & Gaines
661 Glenn Ave
Wheeling, IL 60090


Marcella Gard
1319 Dorothy Dr
Palatine, IL 60074

Mitchell International
Dept 6946
Los Angeles, CA 90084-6946


Motor Werks of Barrington, Inc
in c/o Roberts & Weddle, LLC
111 N. Canal Suite 885
Chicago, IL 60606


Mundelein Currency Exchange Inc
in c/o Sorman & Frankel
203 N LaSalle St #2350
Chicago, IL 60601


Nicor Gas
Attention:  Bankruptcy Department
Po Box 190
Aurora, IL 60507


Nicor Gas
Attention:  Bankruptcy Department
Po Box 190
Aurora, IL 60507


Northern Leasing Syste
in c/o Ruben Garcia
PO Box 7861
New York, NY 10006


Northsisde Imports
3650 W. Pratt
Lincolnwood, IL 60712


Northwest Community Hospital
PO Box 95698
Chicago, IL 60694


Ostler Intl
in c/o TRS Recovery
PO Box 60022
City of Industry, CA 91716-0022


Paychex & Riverbend Group
in c/o McCarthy, Burgess, Wolff
26000 Cannon Rd
Bedford, OH 44146

```
Pellettieri
991 Oak Creek Dr
Lombard, IL 60148


Peter and Lori Chipchase
26132 Geraldine Ln
Barrington, IL 60010


Quill
in c/o RMS
4836 Brecksville Rd
Richfield, OH 44286


Riverbend Group Inc.
Trailwood Autobody
871 E. Palatine Rd.
Wheeling, IL 60090


Riverbend Group, Inc
in c/o Daniel Schmitz
314 Tulip Cir
Island Lake, IL 60042


Riverbend Group, Inc
in c/o Daaniel Schmitz
314 Tulip Cir
Island Lake, IL 60042


Riverbend Group, Inc
in c/o Donald Schmitz
412 Tulip Cir
Island Lake, IL 60042


Riverbend Group, Inc
in c/o Daniel Schmitz
412 Tulip Cir
Island Lake, IL 60042


Riverbend Group, Inc.
in c/o Daniel Schmitz
314 Tulip Cir
Island Lake, IL 60042


RMS Collection
4836 Brecksville Rd
Richfield, OH 44286
```

Rustic Harbor
1514 Pine St.
Spring Grove, IL


Spark Energy Gas, LP
in c/o William W. Siegel
Seven Penn Plaza #1500
New York, NY 10001


State of IL Department of Employmen
260 E Indian Trail Rd
Aurora, IL 60505


T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596


The ABL Group
415 Bloom St
Highland Park, IL 60035


The Pediatric Faculty Foundation
PO Box 4051
Carol Stream, IL 60197-4051


The Riverband Group d/b/a
Trailwood Autobody
c/o Daniel Schmitz 314 Tulip Cir
Island Lake, IL 60042


The Riverbend Group, Inc.
d/b/a Trail Wood Autobody
in c/o Daniel Schmitz 314 Tupip Cir
Island Lake, IL 60042


The Riverbend Group, Inc.
d/b/a Trailwood Autobody, an IL Co
in c/o Daniel Schmitz 314 Tulip Cir
Island Lake, IL 60042


The Riverbend Group, Inc.
d/b/a/ Trailwood Autobody
in c/o Daniel Schmitz 314 Tulip Cir
Island Lake, IL 60042

The Riverbend Group, Inc. , an IL C
in c/o Daniel Schmitz
314 Tulip Cir
Island Lake, IL 60042


Toys R US
in c/o Vision Financial Group
PO box 900
Purchase, NY 10577-0900


Trailwood Autobody
in c/o Daniel Schmitz
314 Tulip Circle
Island Lake, IL 60042


TRS Recovery Serv
PO Box 60022
City of Industry, CA 91716-0022


Us Bank
Po Box 5227
Cincinnati, OH 45201


Us Bank
Attention: Bankruptcy Dept.
Po Box 5229
Cincinnati, OH 45201


Us Bank
Attention: Bankruptcy Dept.
Po Box 5229
Cincinnati, OH 45201


Village of Palatine Police Dept
in c/o Armor Systems Corp
1700 Kiefer Dr. #1
Zion, IL 60099-5105


Village of Streamwood
301 E. Irivng Park Rd.
Streamwood, IL 60107


Village of Streamwood
301 E. Irving Park Rd.
Streamwood, IL 60107

Waste Management
PO box 4648
Carol Stream, IL 60197-4648


Waukegan Color Supply
in c/o Nathaniel D Lawrence
2835 N. Sheffield Ave #232
Chicago, IL 60657


Wellington Radiology Group
in c/o Credit Discount & Audit
415 Main St.
Streator, IL 61364


Zenith Acquisition Corp
in c/o Blitt & Gaines, PC
661 Glenn Avenue
Wheeling, IL 60090